IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3057 |
| vs. | |
| TERESA LIGGINS, | MEMORANDUM AND ORDER |
| Defendant. | |

    This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 144), recommending that the remainder of the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 100) be dismissed in its entirety. The time for objecting to the Magistrate Judge's findings and recommendation has elapsed. *See,* Rules 8(b), 10, 12 of the *Rules Governing Section 2255 Proceedings for the United States District Courts*; Fed. R. Crim. P. 59(b)(2); NECrimR 59.2(a); NECivR 72.2(a). No objection has been filed.

    28 U.S.C. § 636(b)(1) provides for de novo review only when a party has objected to the Magistrate Judge's findings or recommendations. *Peretz v. United States,* 501 U.S. 923 (1991); *see,* Fed. R. Crim. P. 59(b)(2); Rule 8(b) of the *Rules Governing Section 2255 Proceedings for the United States District Courts*. Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation or the finding of fact. Fed. R. Crim. P. 59(b)(2); NECrimR 59.2(e); NECivR 72.2(f). And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn,* 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP,* 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer,* 439 F.3d 855, 858-59 (8th Cir. 2006). Accordingly, the Court deems any objection to the Magistrate Judge's findings and recommendation waived, and will adopt the findings and recommendation.

    IT IS ORDERED:

    1.    The Magistrate Judge's Findings and Recommendation (filing 144) are adopted.

2. The defendant's motion to vacate under 28 U.S.C. § 2255 (filing 100) is dismissed.

3. A separate judgment will be entered.

Dated this 21st day of October, 2015.

                BY THE COURT:

                *John M. Gerrard*

                John M. Gerrard
                United States District Judge