IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERESA LIGGINS,<br><br>    Defendant. | 4:12-CR-3057<br><br>JUDGMENT |

  In accordance with the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 100) is dismissed.

  Dated this 21st day of October, 2015.

                BY THE COURT:

                _____
                John M. Gerrard
                United States District Judge